IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **FOURTEEN PARTNERS, INC. f/k/a HBG DESIGN, INC.,** ) ) ) **Plaintiff,** ) ) v. ) ) **ASSA ABLOY ACCESSORIES AND DOOR CONTROLS GROUP, INC., ASSA ABLOY ACCESS AND EGRESS HARDWARE GROUP, INC., and ASSA ABLOY SALES AND MARKETING GROUP, INC.,** ) ) ) ) ) ) ) ) **Defendants.** ) | No. 2:22-cv-02636-JPM-cgc |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Fourteen Partners, Inc. f/k/a HBG Design, Inc. ("Plaintiff") and Defendants ASSA ABLOY Accessories and Door Controls, Inc., ASSA ABLOY Access and Egress Hardware Group, Inc., and ASSA ABLOY Sales and Marketing Group, Inc. ("Defendants") (collectively, the "Parties"), jointly file this Notice of Settlement pursuant to Local Rule 83.13. The Parties have reached a settlement and are drafting and finalizing settlement documents. Upon execution of same, the Parties will file the appropriate dismissal documents pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and LR 83.13.

    Respectfully submitted,

    *s/ W. Preston Battle IV*
    W. Preston Battle IV (TN #35044)
    **BAKER, DONELSON, BEARMAN,**
     **CALDWELL & BERKOWITZ, PC**
    165 Madison Avenue, Suite 2000

Memphis, Tennessee 38103
Telephone: 901.577.2259
Facsimile: 901.577.2303
pbattle@bakerdonelson.com

Timothy A. Diemand *(admitted pro hac vice)*
Chloe Booth *(admitted pro hac vice)*
**WIGGIN AND DANA LLP**
20 Church Street
Hartford, CT 06103
Telephone:  860.297.3738
Facsimile:  860.297.3799
tdiemand@wiggin.com
cbooth@wiggin.com

*Counsel for Defendants*

<u>s/ Patrick S. Quinn (by Preston Battle with permission)</u>
Patrick S. Quinn. BPR No. 35293
LEWIS THOMASON
40 South Main Street, Suite 2900
Memphis, TN 38103
Phone: (901) 525-8721
pquinn@lewisthomason.com

David N. Garst, BPR No. 12084
LEWIS THOMASON
424 Church Street, Suite 2500
Post Office Box 198615
Nashville, TN 37219-8615
Phone: (615) 259-1366
dgarst@lewisthomason.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on January 25, 2025, a true and exact copy of the foregoing was filed with the Court's CM/ECF System and has been served upon the following counsel of record by electronic mail:

2

David N. Garst, BPR No. 12084
424 Church Street, Suite 2500
Post Office Box 198615
Nashville, TN 37219-8615
Phone: (615) 259-1366
dgarst@lewisthomason.com

Patrick S. Quinn. BPR No. 35293
40 South Main Street, Suite 2900
Memphis, TN 38103
Phone: (901) 525-8721
pquinn@lewisthomason.com

*Attorneys for Fourteen Partners, Inc. f/k/a HBG Design, Inc.*

                                        *s/ W. Preston Battle IV*