IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FOURTEEN PARTNERS, INC. f/k/a HBG DESIGN, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | No.: 2:22-cv-02636-JPM-cgc ) ) |
| ASSA ABLOY ACCESSORIES AND DOOR CONTROLS GROUP, INC., ASSA ABLOY ACCESS AND EGRESS HARDWARE GROUP, INC., and ASSA ABLOY SALES AND MARKETING GROUP, INC., | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate that Plaintiff Fourteen Partners, Inc. f/k/a HBG Design, Inc.'s claims against ASSA ABLOY Accessories and Door Controls Group, Inc., ASSA ABLOY Access and Egress Hardware Group, Inc., and ASSA ABLOY Sales and Marketing Group, Inc. in the above-captioned lawsuit are hereby dismissed with prejudice. By agreement, the parties shall bear their own attorney's fees and costs.

   /s/David N. Garst
David N. Garst (12084)
LEWIS THOMASON, P.C.
424 Church Street, Suite 2500
Post Office Box 198615
Nashville, TN 37219-8615
Phone: (615) 259-1366
dgarst@lewisthomason.com

  /s/Patrick S. Quinn
Patrick S. Quinn (35293)
LEWIS THOMASON, P.C.
40 South Main Street, Suite 2900
Memphis, TN 38103
Phone: (901) 525-8721
pquinn@lewisthomason.com
*Attorneys for Fourteen Partners, Inc. f/k/a HBG Design, Inc.*

  /s/ W. Preston Battle IV
W. Preston Battle IV (35044)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Phone: (901) 577-2259
pbattle@bakerdonelson.com

Timothy A. Diemand (*Admitted Pro Hac Vice*)
Chloe Booth (*Admitted Pro Hac Vice*)
WIGGIN AND DANA, LLP
20 Church Street
Hartford, Connecticut 06103
Telephone: (860) 297-3738
Facsimile: (860) 297-3799
tdiemand@wiggin.com
cbooth@wiggin.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 3, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

    W. Preston Battle IV (35044)
    BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, PC
    165 Madison Avenue, Suite 2000
    Memphis, Tennessee 38103
    Phone: (901) 577-2259
    pbattle@bakerdonelson.com

    Timothy A. Diemand (Admitted Pro Hac Vice)
    Chloe Booth (Admitted Pro Hac Vice)
    WIGGIN AND DANA, LLP
    20 Church Street
    Hartford, Connecticut 06103
    Telephone: (860) 297-3738
    Facsimile: (860) 297-3799
    tdiemand@wiggin.com
    cbooth@wiggin.com

    *Attorneys for Defendants*

    /s/ *Patrick S. Quinn*
    Patrick S. Quinn (35293)