# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FOURTEEN PARTNERS, INC. f/k/a HBG DESIGN, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 2:22-cv-02636-JPM-cgc |
| ASSA ABLOY ACCESSORIES AND DOOR CONTROLS GROUP, INC., ASSA ABLOY ACCESS AND EGRESS HARDWARE GROUP, INC., and ASSA ABLOY SALES AND MARKETING GROUP, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On April 3, 2025, the Parties filed a Joint Stipulation of Dismissal with Prejudice. (ECF No. 114.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of this matter with prejudice with each party to "bear their own attorneys' fees and costs." (Id. at PageID 5886.) Therefore, the Court **ORDERS** this case **DISMISSED WITH PREJUDICE.**

**SO ORDERED**, this 4th day of April, 2025.

          /s/ Jon P. McCalla
          JON P. McCALLA
          UNITED STATES DISTRICT JUDGE