# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FOURTEEN PARTNERS, INC. f/k/a HBG DESIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASSA ABLOY ACCESSORIES AND DOOR CONTROLS GROUP, INC., ASSA ABLOY ACCESS AND EGRESS HARDWARE GROUP, INC., and ASSA ABLOY SALES AND MARKETING GROUP, INC., <br><br> Defendants. | No. 2:22-cv-02636-JPM-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Parties' Joint Stipulation of Dismissal, filed on April 3, 2025, (ECF No. 114), and the Court having entered an Order of Dismissal, (ECF No. 115),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is **DISMISSED WITH PREJUDICE.**

**APPROVED:**

*/s/ Jon P. McCalla*
JON P. McCALLA
UNITED STATES DISTRICT JUDGE


April 4, 2025
Date